**Renae SHERKAT, Respondent,**

v.

**Ali SHERKAT, Appellant.**

**No. WD 65350.**

Missouri Court of Appeals, Western District.

Jan. 10, 2006.

Ali Sherkat, Kansas City, MO, appellant acting pro se.

Renae Sherkat, Shawnee, KS, respondent acting pro se.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Mr. Ali Sherkat files this *pro se* appeal from a judgment of contempt entered by

the circuit court; he collaterally challenges the validity of the dissolution decree on which the judgment is based, claiming that he was not properly served with the dissolution petition in January 2002. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).